UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-1847 (PAM/JGL)

TERRIE SOUKUP,

Plaintiff,

v.

**NOTICE OF SETTLEMENT CONFERENCE**

COUNTY OF WASHINGTON, et al.,

Defendants.

A settlement conference has been scheduled in the above-referenced matter for **Friday, April 20, 2001, at 9:00 a.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief addressed to my chambers, with service on opposing counsel, shall be submitted five days before the scheduled conference.

Counsel who will actually try the case and each party armed with full settlement authority are expected to attend the conference. If there is an insurance company involved, an agent of the company with full settlement authority shall also be in attendance. Availability by telephone is not acceptable.

Dated: January 5, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

**Notice mailed to**:

William Mavity, Esq.
Suite 1460
1650 82nd Street West
Minneapolis, MN 55431

Roger Rowlette, Esq.
Suite 1610
8500 Normandale Lake Blvd.
Minneapolis, MN 55437-3828

Wayne Rice, Esq.
2124 Dupont Avenue South
Minneapolis, MN 55405

Filed 1-5-01
Francis E. Dosal, Clerk
Judgment Entd.__________
Deputy Clerk__________