**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Terrie Soukup,

Plaintiff,

Civil 00-1847 PAM/JGL

v.

**ORDER OF DISMISSAL**

Washington County, et al.

Defendants.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: April 30, 2001

**PAUL A. MAGNUSON, CHIEF JUDGE**
**United States District Court**

FILED APR 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK