**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Terrie Soukup,

Plaintiff,

vs.

County of Washington, Washington County Sheriff's Department, Deputy Soren Mahowald, a deputy of the Washington County Sheriff's Department, individually and personally, and Deputy Mark Caroon, a deputy of the Washington County Sheriff's Department, individually and personally,

Defendants.

File No. 00-1847 PAM

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
**ORDER FOR DISMISSAL**

---

## STIPULATION

The above-entitled matter, having been compromised and settled for payment to the Plaintiff of $16,000.00, is hereby dismissed on the merits and with prejudice, but without costs to any party.

MAVITY & ASSOCIATES

Dated: May 1, 2001

By: William J. Mavity
William J. Mavity, #143716
Attorney for Plaintiff
1460 Southpoint Office Center
1650 West 82nd Street
Minneapolis, MN 55431
(952) 885-5600

FILED MAY 10 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 10 2001
DEPUTY CLERK

**JOHNSON & LINDBERG, P.A.**

Dated: 5-7-01

By: Roger L. Rowlette

Roger L. Rowlette, #144800
Attorney for Defendants
7900 International Drive
Suite 960
Minneapolis, MN 55425-1582
(952) 851-0700

## ORDER

Pursuant to the stipulation above and Minn. Stat. § 466.08, a judgment of dismissal on the merits and with prejudice shall be entered by the Court.

**BY THE COURT:**

Dated: May 10, 2001

Judge of District Court